UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

United States of America,                                7:17-MJ-3753(MRG)

                Plaintiff,                        **JUDGMENT**

-against-

William Rodriguez-Ramirez,
                Defendant.
───────────────────────────────

    The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 28, 2017 accepted the defendant's plea of guilty to a reduced charge of violating 509.1 of the V.T.L., Unlicensed Operation, in full satisfaction of the Misdemeanor Complaint filed on May 18, 2017, it is,

    ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $100.00 to be paid by January 25, 2018.

                                            SO ORDERED:

                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: Sept 7, 2022
        Poughkeepsie, N.Y.